IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 17-73 |
| MARTIN KENNEY, et al | : |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

                                                LOUIS D. LAPPEN
                                                ACTING UNITED STATES ATTORNEY

                                                /s/ Sarah Damiani
                                                SARAH DAMIANI
                                                Assistant United States Attorney