IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 17-073 |
| KENNY ET AL. | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

                                                  LOUIS D. LAPPEN
                                                Acting UNITED STATES ATTORNEY

                                                /s/
                                                Daniel A. Velez
                                                Assistant United States Attorney