#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 2:17-CR-73 |
| v.   : | |
| : | |
| MARTIN KENNEY  : | |

### ENTRY OF APPEARANCE

The undersigned hereby enters his appearance as Counsel for the defendant, Martin Kenney, in connection with the above-captioned matter.

Dated:  March 20, 2017

/s/ Patrick J. Egan
Patrick J. Egan
2000 Market Street. 20th Floor
Philadelphia, PA 19103
215-299-2825 (voice)
215-299-2150 (fax)
Email: pegan@foxrothschild.com

**CERTIFICATE OF SERVICE**

    I, Patrick J. Egan, Esquire, hereby certify that on this date I served a true and correct copy of the foregoing pleading in this matter upon the following via U.S. First-Class Mail:

Daniel Velez  
Sarah Damiani  
U.S. Attorney's Office  
615 Chestnut Street, Suite 1250  
Philadelphia, PA 19106-4476

                                     /s/ Patrick J. Egan  
                                     Patrick J. Egan

Dated:  March 20, 2017