

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel (215) 299-2000  Fax (215) 299-2150
www.foxrothschild.com

PATRICK J. EGAN
Direct No:  215-299-2825
Email: PEgan@FoxRothschild.com

March 20, 2017

**VIA U.S. First Class Mail and**
**E-Mail to Lenora_Kashner_Wittje@paed.uscourts.gov**
The Honorable Paul S. Diamond
United States District Court
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106-1743

**Re:     United States v. Martin Kenney, Criminal No. 2:17-cr-73**

Dear Judge Diamond:

I have recently been retained to represent Martin Kenney, the defendant in the above-referenced matter. I write to request a status conference with respect to scheduling and other preliminary matters.  I understand the Court does not generally entertain requests for such conferences, but believe that the circumstances of this case are such, that a conference may serve to resolve numerous issues that might otherwise burden the Court unnecessarily.

I have discussed this request with the assigned prosecutors and they have no objection.

As always, Your Honor's time and consideration are greatly appreciated.

Respectfully yours,

Patrick J. Egan

PJE/me
cc:    Daniel Velez, AUSA (by email)
       Sarah Damiani, AUSA (by email)

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas