# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 17-73** |
| : | |
| **MARTIN KENNEY, et al.** : | |

## O R D E R

**AND NOW**, this 20th day of March, 2017, upon consideration of Defendant Martin Kenney's Letter Request for a status conference (Doc. No. 7), it is hereby **ORDERED** that the Request (Doc. No. 7) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.