IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 17-73** |
| : | |
| **MARTIN KENNEY, et al.** : | |

# O R D E R

**AND NOW**, this 3rd day of April, 2017, upon consideration of Defendant Martin Kenney's Motion to Dismiss (Doc. No. 9), it is hereby **ORDERED** that the Government shall **RESPOND** to the Motion **no later than** April 19, 2017.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.