IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 17-73** |
| : | |
| **MARTIN KENNEY, et al.** : | |

# O R D E R

**AND NOW**, this 4th day of April, 2017, upon consideration of Garrett Kelleher's *pro se* Motion to Dismiss (Doc. No. 11), it is hereby **ORDERED** that the Government shall also address Mr. Kelleher's Motion (Doc. No. 11) in its Response to Martin Kenney's Motion to Dismiss.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.