## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 17-73** |
| | : | |
| **MARTIN KENNEY, et al.** | : | |

# O R D E R

**AND NOW**, this 11th day of April, 2017, upon consideration of Martin Kenney's Motion to Dismiss (Doc. No. 9), Garrett Kelleher's *pro se* Motion to Dismiss (Doc. No. 11), the Government's Response thereto (Doc. No. 13), and all related submissions, it is hereby **ORDERED** that the Motions (Doc. Nos. 9, 11) are **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.