IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 17-73 |
| | : | |
| **MARTIN KENNEY, et al.** | : | |

## O R D E R

**AND NOW**, this 19th day of April, 2017, it is hereby **ORDERED** that Kenney's Counsel, Patrick J. Egan, and Kelleher's Counsel, Thomas M. Breen and Robert Stanley, shall inform the Court in writing whether Defendants intend to appear at the April 25, 2017 trial **no later than** 12:00 noon (Eastern time) tomorrow, Thursday, April 20, 2017.

**IT IS FURTHER ORDERED THAT** the Government shall ensure that Kelleher's Counsel receives a copy of this Order no later than **1:00 p.m. (Eastern time) today**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.