

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Daniel A. Velez and Sarah Damiani* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8454* | *Suite 1250* |
| *Direct Dial: (215) 861-8356* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: daniel.velez@usdoj.gov* | *(215) 861-8200* |
| *sarah.damiani@usdoj.gov* | |

March 2, 2017

The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    RE:  United States v. Martin Kenney and Garrett Kelleher
       Criminal No. 17-CR-73

Dear Judge Diamond:

    Per Your Honor's request at the April 25, 2017 Hearing, this letter serves to inform the Court of the government's intention to seek an indictment charging Martin Kenney and Garrett Kelleher for criminal contempt of court. Mr. Egan has advised us that he will request that the Department of Justice review our decision. The Assistant Attorney General for the Criminal Division generally deals with such appeals; we will keep Your Honor advised on the progress of Mr. Egan's request.

        Respectfully yours,

        LOUIS D. LAPPEN
        Acting United States Attorney


          /s/ Sarah Damiani
        SARAH T. DAMIANI
        DANIEL A. VELEZ
        Assistant United States Attorneys


cc:  Patrick J. Egan, Esquire
   Nathan Huddell, Esquire
   Garrett Kelleher, *pro se*