**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Crim. No. 17-73 |
| | : | |
| **MARTIN KENNEY, et al.** | : | |

# O R D E R

**AND NOW**, this 23rd day of June, 2017, upon consideration of Garrett Kelleher's June 22, 2017 Counseled Letter (Doc. No. 23), it is hereby **ORDERED** that the Government shall **RESPOND** to the Letter (Doc. No. 23) **no later than** Friday, July 7, 2017.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.